1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   Greg L. Johnson (SBN: 132397)
2  greg.johnson@pillsburylaw.com
   Daveed A. Schwartz (SBN: 200046)
3  daveed.schwartz@pillsburylaw.com
   Erin C. Carroll (SBN: 239063)
4  erin.carroll@pillsburylaw.com
   400 Capitol Mall
5  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
6  Facsimile: (916) 441-3583

7  Attorneys for Defendants
   Longs Drug Stores Corporation and
8  Longs Drug Stores, California, Inc.

9
   KELLER GROVER LLP
10 Eric A. Grover, Esq. (SBN: 136080)
   Jade Butman, Esq. (SBN: 235920)
11 Elizabeth A. Acevedo, Esq. (SBN 227347)
   425 Second Street, Suite 500
12 San Francisco, CA  94107
   Telephone: (415) 543-1305
13 Facsimile: (415) 543-7681

14 Attorneys for Plaintiff
   Julie Kotozsky

15 *Additional Counsel on Signature Page*

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20 JULIE KOTOZSKY                    )  CASE NO.  CV 07-0713 MJJ
                                     )
21              Plaintiff,           )  STIPULATION AND [~~PROPOSED~~] ORDER
                                     )  AMENDING COMPLAINT, STRIKING
22       vs.                         )  PLAINTIFF'S REQUEST FOR INJUNCTIVE
                                     )  RELIEF, AND EXTENDING CERTAIN CASE
23 LONGS DRUG STORES CORPORATION,    )  MANAGEMENT DEADLINES.
   LONGS DRUGS STORES, CALIFORNIA,   )
24 INC.                              )
                                     )  Complaint Filed:  February 2, 2007
25              Defendants.          )
   _____)

26

27       Plaintiff Julie Kotozsky, individually and on behalf of all others similarly situated

28 ("Plaintiff"), and defendants Longs Drug Stores Corporation and Longs Drugs Stores,

1  California, Inc., ("Defendants"), by and through their respective counsel, hereby stipulate as

2  follows, and mutually request the Court to approve said Stipulation and enter an order in

3  accordance herewith.

4  <u>STIPULATION</u>

5  WHEREAS, Plaintiff filed a Complaint for Damages and Injunctive Relief

6  ("Complaint") in this action on February 2, 2007;

7  WHEREAS, Defendants' response to the Complaint is presently due April 30, 2007;

8  WHEREAS, the Parties' counsel believe certain amendments to the Complaint are

9  necessary and appropriate;

10  WHEREAS, the Parties' counsel further believe that all references to Plaintiff's

11  request for injunctive relief should be stricken from the Complaint;

12  WHEREAS, the Parties' counsel further believe that certain case management

13  deadlines should be extended as specified herein;

14  WHEREAS, the Parties agree that Plaintiff shall file an amended complaint and that

15  Defendant Longs Drug Stores, California, Inc. shall file its response to Plaintiff's amended

16  complaint within ten (10) days after service (via electronic notification) of the amended

17  complaint and pursuant to Fed.R.Civ.P. 5(d) and 6(e);

18  WHEREAS, the Parties further agree that Defendant Longs Drug Stores, California,

19  Inc. shall file an answer to Plaintiff's amended complaint if the Court approves items (3)

20  through (6) herein without modification;

21  WHEREAS, the Parties request that the Initial Case Management Conference

22  presently scheduled in this case for Tuesday, June 5, 2007, at 2:00 PM be rescheduled for

23  Tuesday, June 19, 2007, at 2:00 PM;

24  WHEREAS, the parties recognize that this Court has the power to exercise

25  reasonable control over all proceedings connected with the litigation to ensure the orderly

26  and economic administration of justice;

27

28

1      WHEREAS, the parties further agree that the foregoing requested extensions are not

2  solely for the purposes of delay, but so that the parties may stipulate to amendments to the

3  Complaint in a timely and efficient manner.

4      IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR

5  COUNSEL OF RECORD THAT:

6      1.      Plaintiff shall file a notice of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)

7  voluntarily dismissing Defendant Longs Drug Stores Corporation from the case, leaving

8  Longs Drug Stores, California, Inc. as the sole defendant in this case.

9      2.      Plaintiff shall file an amended complaint that incorporates the amendments

10  and deletions set forth in items (3) through (6) below.

11      3.      Each reference in the Complaint to "Longs Drugs Stores, California, Inc." is

12  hereby changed to "Longs Drug Stores, California, Inc.," with "Drug" being singular.

13      4.      Each reference to "December 4, 2004" in paragraphs 20, 29, 32, and 33 of

14  the Complaint is hereby changed to "January 1, 2005."

15      5.      Each reference to "persons" and "person's" in paragraph 14 of the

16  Complaint is hereby changed, respectively, to "consumers" and "consumer's."

17      6.      The following portions of the Complaint – each of which relate to Plaintiff's

18  request for injunctive relief – are hereby stricken:

19      •      Title of Complaint on page 1 and in the footer for each page of the

20          Complaint, the phrase "AND INJUNCTIVE RELIEF";

21      •      Paragraph 5, the phrase ", and a permanent injunction enjoining Defendants

22          from continuing their unlawful practice of willfully violating FACTA's

23          provisions intended to safeguard against identity theft and credit and debit

24          card fraud";

25      •      Paragraph 13, Rule 23(b)(2) from the range "23(b)(1)-23(b)(3) of the

26          Federal Rules of Civil Procedure," such that only "23(b)(1)" and "23(b)(3)"

27          are alleged, on the ground that class certification pursuant to Rule 23(b)(2) is

28          not appropriate where neither injunctive nor declaratory relief is sought;

1    •  Paragraph 22, the phrase "(d) Whether Plaintiff and members of CLASS A

2     and CLASS B are entitled to a permanent injunction enjoining Defendants

3     from continuing to engage in their unlawful conduct";

4    •  Paragraph 25, in its entirety;

5    •  Paragraph 45, in its entirety; and

6    •  Prayer for Relief, paragraph 6, in its entirety.

7    7.  Defendant Longs Drug Stores, California, Inc. shall file its response to the

8 amended complaint within ten (10) days after service (via electronic notification) of the

9 amended complaint and pursuant to Fed.R.Civ.P. 5(d) and 6(e).

10    8.  Defendant Longs Drug Stores, California, Inc. shall file an answer to the

11 amended complaint if the Court approves items (3) through (6) above without modification.

12    9.  The Initial Case Management Conference presently scheduled in this case

13 for Tuesday, June 5, 2007, at 2:00 PM is hereby rescheduled for Tuesday, June 19, 2007, at

14 2:00 PM.

15    10.  The Parties shall have up to and including May 29, 2007 to meet and confer

16 regarding initial disclosures, early settlement, ADR process selection, and a discovery plan

17 and to file a Joint ADR Certification with Stipulation to the ADR Process or a Notice of

18 Need for ADR Phone Conference.

19    11.  Counsel shall submit a Joint Case Management Statement no later than June

20 8, 2007.

21    12.  The Parties shall have up to and including June 12, 2007 to complete initial

22 disclosures or to state any objections to initial disclosures.

23  Dated:  April 25, 2007      KELLER GROVER LLP
              425 Second Street, Suite 500

24             San Francisco, CA  94107
              Telephone: (415) 543-1305

25             Facsimile: (415) 543-7681

26

              By:_____ /s/ Eric A. Grover_____

27              Eric A. Grover (SBN: 136080)
               Jade Butman (SBN: 235920)

28              Elizabeth A. Acevedo (SBN: 227347)

1              THIERMAN LAW FIRM

2              Mark R. Thierman, Esq. (SBN: 72913)
            7287 Lakeside Drive

3              Reno, NV 89511
            Telephone: (775) 284-1500

4              Facsimile: (775) 703-5027

5              By: _____ /s/ Mark R. Thierman _____

6              LAW OFFICES OF SCOTT A. MILLER, A.P.C.

7              Scott A. Miller, Esq. (SBN: 230322)
            16133 Ventura Blvd., Suite 1200

8              Encino, CA 91436
            Telephone: (818) 788-8081

9              Facsimile: (818) 788-8080

10             By: _____ /s/ Scott A. Miller _____

11             STEVEN L. MILLER,

12             A PROFESSIONAL LAW CORPORATION
            Steven L. Miller, Esq. (SBN: 106023)

13             16133 Ventura Blvd., Suite 1200
            Encino, CA 91436

14             Telephone: (818) 986-8900
            Facsimile: (818) 990-7900

15

16             By: _____ /s/ Steven L. Miller _____

17             Attorneys for Plaintiff Julie Kotozsky

18

19 Dated: April 25, 2007        PILLSBURY WINTHROP SHAW PITTMAN LLP

20             400 Capitol Mall, Suite 1700
            Sacramento, CA 95814
            Telephone: (916) 329-4700

21             Facsimile: (916) 441-3583

22             By: _____ /s/ Daveed A. Schwartz _____

23             Greg L. Johnson (SBN: 132397)
            Daveed A. Schwartz (SBN: 200046)

24             Erin C. Carroll (SBN: 239063)
            Attorneys for Defendants

25             Longs Drug Stores Corporation and
            Longs Drug Stores, California, Inc.

26

27

28

1

## ATTESTATION

2

I attest that signatories Eric A. Grover, Mark R. Thierman, Scott A. Miller and

3

Steven L. Miller have concurred in the filing of this document.

4

5   Dated:  April 25, 2007                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                          400 Capitol Mall, Suite 1700
6                                         Sacramento, CA  95814
                                          Telephone: (916) 329-4700
7                                         Facsimile: (916) 441-3583

8
                                          By:_____/s/ Daveed A. Schwartz_____
9                                             Greg L. Johnson (SBN: 132397)
                                              Daveed A. Schwartz (SBN: 200046)
10                                            Erin C. Carroll (SBN: 239063)
                                              Attorneys for Defendants
11                                            Longs Drug Stores Corporation and
                                              Longs Drug Stores, California, Inc.

12

13                                        ORDER

14

15      IT IS SO ORDERED.

16
     Dated: ____April 27, 2007____        _____
17                                        The Honorable Martin J. Jenkins
                                          United States District Judge
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND COMPLAINT
Case No. CV 07-713 MJJ