PILLSBURY WINTHROP SHAW PITTMAN LLP
Greg L. Johnson (SBN: 132397)
greg.johnson@pillsburylaw.com
Daveed A. Schwartz (SBN: 200046)
daveed.schwartz@pillsburylaw.com
Erin C. Carroll (SBN: 239063)
erin.carroll@pillsburylaw.com
400 Capitol Mall
Sacramento, CA 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant
Longs Drug Stores, California, Inc.


KELLER GROVER LLP
Eric A. Grover, Esq. (SBN: 136080)
Jade Butman, Esq. (SBN: 235920)
Elizabeth A. Acevedo, Esq. (SBN 227347)
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7681

Attorneys for Plaintiff
Julie Kotozsky

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE KOTOZSKY<br><br>    Plaintiff,<br><br>vs.<br><br>LONGS DRUG STORES, CALIFORNIA, INC.<br><br>    Defendant. | CASE NO. CV 07-0713 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER REQUESTING TELEPHONIC PARTICIPATION IN INITIAL CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: February 2, 2007 |

Plaintiff Julie Kotozsky, individually and on behalf of all others similarly situated ("Plaintiff"), and defendant Longs Drug Stores, California, Inc., ("Defendant"), by and

1  through their respective counsel, hereby stipulate as follows, and mutually request the Court
2  to approve said Stipulation and enter an order in accordance herewith.

3                                     STIPULATION

4      WHEREAS, pursuant to Local Rule 16-10(a), the Parties request that the Initial
5  Case Management Conference presently scheduled in this case for Tuesday, June 19, 2007,
6  at 2:00 PM, be held telephonically.

7      IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR
8  COUNSEL OF RECORD THAT:

9      The Parties hereby agree to attend the Initial Case Management Conference
10 presently scheduled in this case for Tuesday, June 19, 2007, at 2:00 PM, by telephone.

11 Dated:  June 7, 2007                KELLER GROVER LLP
                                       425 Second Street, Suite 500
12                                     San Francisco, CA  94107
                                       Telephone: (415) 543-1305
13                                     Facsimile: (415) 543-7681

14
                                       By:_____/s/ Eric A. Grover_____
15                                         Eric A. Grover (SBN: 136080)
                                           Jade Butman (SBN: 235920)
16                                         Elizabeth A. Acevedo (SBN: 227347)

17
                                       THIERMAN LAW FIRM
18                                     Mark R. Thierman, Esq. (SBN: 72913)
                                       7287 Lakeside Drive
                                       Reno, NV  89511
19                                     Telephone: (775) 284-1500
                                       Facsimile: (775) 703-5027
20

21
                                       By:_____/s/ Mark R. Thierman_____
22
                                       LAW OFFICES OF SCOTT A. MILLER, A.P.C.
                                       Scott A. Miller, Esq. (SBN: 230322)
23                                     16133 Ventura Blvd., Suite 1200
                                       Encino, CA  91436
24                                     Telephone: (818) 788-8081
                                       Facsimile: (818) 788-8080
25

26                                     By:_____/s/ Scott A. Miller_____

27                                     STEVEN L. MILLER,
                                       A PROFESSIONAL LAW CORPORATION
28                                     Steven L. Miller, Esq. (SBN: 106023)

| | |
|---|---|
| 1 | 16133 Ventura Blvd., Suite 1200 |
| 2 | Encino, CA 91436<br>Telephone: (818) 986-8900<br>Facsimile: (818) 990-7900 |
| 3 | |
| 4 | By:_____ /s/ Steven L. Miller _____ |
| 5 | Attorneys for Plaintiff Julie Kotozsky |

Dated: June 7, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
400 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

By:_____ /s/ Daveed A. Schwartz _____
Greg L. Johnson (SBN: 132397)
Daveed A. Schwartz (SBN: 200046)
Erin C. Carroll (SBN: 239063)
Attorneys for Defendant
Longs Drug Stores, California, Inc.

1
## ATTESTATION

I attest that signatories Eric A. Grover, Mark R. Thierman, Scott A. Miller and Steven L. Miller have concurred in the filing of this document.

Dated: June 7, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
400 Capitol Mall, Suite 1700
Sacramento, CA  95814
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

By:       /s/ Daveed A. Schwartz
Greg L. Johnson (SBN: 132397)
Daveed A. Schwartz (SBN: 200046)
Erin C. Carroll (SBN: 239063)
Attorneys for Defendant
Longs Drug Stores, California, Inc.

## ORDER

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Martin J. Jenkins
United States District Judge