1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   Greg L. Johnson (SBN: 132397)
2  greg.johnson@pillsburylaw.com
   Daveed A. Schwartz (SBN: 200046)
3  daveed.schwartz@pillsburylaw.com
   Erin C. Carroll (SBN: 239063)
4  erin.carroll@pillsburylaw.com
   400 Capitol Mall
5  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
6  Facsimile: (916) 441-3583

7  Attorneys for Defendant
   Longs Drug Stores, California, Inc.
8

9  KELLER GROVER LLP
   Eric A. Grover, Esq. (SBN: 136080)
10 Jade Butman, Esq. (SBN: 235920)
   Elizabeth A. Acevedo, Esq. (SBN 227347)
11 425 Second Street, Suite 500
   San Francisco, CA  94107
12 Telephone: (415) 543-1305
   Facsimile: (415) 543-7681
13
   Attorneys for Plaintiff
14 Julie Kotovsky

15 *Additional Counsel on Signature Page*

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 JULIE KOTOVSKY                ) CASE NO.  CV 07-0713 MJJ
                                 )
20           Plaintiff,          )
                                 )
21      vs.                      )
                                 )
22 LONGS DRUG STORES, CALIFORNIA, INC. ) JOINT STIPULATION AND [~~PROPOSED~~]
                                 ) ORDER TO STAY ACTION PENDING
23           Defendant.          ) APPELLATE REVIEW OF CLASS
                                 ) CERTIFICATION ORDERS IN FACTA CASES
24                               )
                                 )
25                               )
                                 ) Complaint Filed:  February 2, 2007
26 _____)

27

28

1   Plaintiff Julie Kotovsky ("Plaintiff") and Defendant Longs Drug Stores, California,
2   Inc. ("Defendant"), by and through their counsel, and subject to Court approval, hereby
3   stipulate as follows:
4   WHEREAS, Plaintiff filed her Complaint in this action on February 2, 2007, and
5   filed an Amended Complaint on May 10, 2007;
6   WHEREAS, Defendant filed its Answer to the Amended Complaint on May 29,
7   2007, and filed an Amended Answer to the Amended Complaint on June 7, 2007;
8   WHEREAS, there are currently nearly one hundred (100) cases currently pending in
9   United State District Courts in California against businesses for alleged violations of 15
10  U.S.C. § 1681c(g), a provision of the Fair and Accurate Credit Transactions Act
11  ("FACTA");
12  WHEREAS, in each of the FACTA cases, plaintiffs seek to certify a class action
13  based on alleged willful violations of 15 U.S.C. § 1681c(g);
14  WHEREAS, Plaintiff's allegations in the Amended Complaint are similar to the
15  allegations made in other FACTA cases;
16  WHEREAS, in more at least ten FACTA cases, courts in the United States District
17  Court for the Central District of California have heard motions to certify a class;
18  WHEREAS, the United States District Court for the Central District of California
19  has denied class certification in each of these FACTA cases:
20  1)   *Spikings v. Cost Plus, Inc.*, Case No. CV 06-08125;
21  2)   *Parseghian v. Bally North America, Inc.*, Case No. 07-0347;
22  3)   *Najarian v. Charlotte Russe, Inc.*, Case No. 07-0501;
23  4)   *Soualian v. International Coffee and Tea, LLC*, Case No. 07-0502;
24  5)   *Najarian v. Avis Rent A Car Systems, LLC*, Case No. 07-0588;
25  6)   *Evans v. U-Haul of California, Inc.*, Case No. 07-2097;
26  WHEREAS, the plaintiffs in at least three of those cases have sought permission to
27  appeal those rulings to the Ninth Circuit Court of Appeals:
28  1)   *Spikings v. Cost Plus, Inc.*, Appellate Case No. 07-80089;

1  2)   *Soualian v. International Coffee and Tea, LLC*, Appellate Case No. 07-
2        80100;
3  3)   *Najarian v. Charlotte Russe, Inc.*, Appellate Case No. 07-80103;
4  WHEREAS, the parties agree that the Ninth Circuit's potential decision on those
5  appeals may affect the legal framework of this case;
6  WHEREAS, the parties agree that a stay of this action will conserve judicial and
7  party resources, avoid unnecessary expenditures of time, effort, and money;
8  NOW, THEREFORE, for good cause shown, the parties, by and through their
9  undersigned counsel, hereby stipulate as follows:
10  1.   That this action be stayed in its entirety pending a determination in the Ninth
11  Circuit on whether to hear the appeals from the orders denying class certification in
12  *Spikings v. Cost Plus, Inc.*, Case No. 06-08125; *Parseghian v. Bally North America, Inc.*,
13  Case No. 07-00347; *Najarian v. Charlotte Russe, Inc.*, Case No. 07-00501; *Soualian v.
14  International Coffee and Tea, LLC*, Case No. 07-00502; *Najarian v. Avis Rent A Car
15  Systems, LLC*, Case No. 07-00588; and/or *Evans v. U-Haul of California, Inc.*, Case No.
16  07-2097; or any subsequent appeals filed in other FACTA class actions.
17  2.   If the Ninth Circuit determines to hear any or all of these appeals, this case
18  shall remain stayed until all appeals are exhausted on the class certification issue, including
19  any review by the United States Supreme Court.
20  3.   The parties suggest that every six months, the Court set a status conference
21  to determine whether it is appropriate to continue the stay of this action. The parties
22  reserve the right to approach the Court at any time and, upon a showing of good cause, seek
23  modification, extension or termination of this order.
24  //
25  //
26  //
27  //
28  //

| | |
|---|---|
| 1  Dated:  August 17, 2007 | KELLER GROVER LLP |
| 2 | 425 Second Street, Suite 500 |
|   | San Francisco, CA  94107 |
| 3 | Telephone: (415) 543-1305 |
|   | Facsimile: (415) 543-7681 |
| 4 | |
|   | By:_____/s/ Eric A. Grover_____ |
| 5 |     Eric A. Grover (SBN: 136080) |
|   |     Jade Butman (SBN: 235920) |
| 6 |     Elizabeth A. Acevedo (SBN: 227347) |
| 7 | |
|   | THIERMAN LAW FIRM |
| 8 | Mark R. Thierman, Esq. (SBN: 72913) |
|   | 7287 Lakeside Drive |
| 9 | Reno, NV  89511 |
|   | Telephone: (775) 284-1500 |
| 10 | Facsimile: (775) 703-5027 |
| 11 | |
|    | By:_____/s/ Mark R. Thierman_____ |
| 12 | |
|    | LAW OFFICES OF SCOTT A. MILLER, A.P.C. |
| 13 | Scott A. Miller, Esq. (SBN: 230322) |
|    | 16133 Ventura Blvd., Suite 1200 |
| 14 | Encino, CA  91436 |
|    | Telephone: (818) 788-8081 |
| 15 | Facsimile: (818) 788-8080 |
| 16 | |
|    | By:_____/s/ Scott A. Miller_____ |
| 17 | |
| 18 | STEVEN L. MILLER, |
|    | A PROFESSIONAL LAW CORPORATION |
| 19 | Steven L. Miller, Esq. (SBN: 106023) |
|    | 16133 Ventura Blvd., Suite 1200 |
| 20 | Encino, CA  91436 |
|    | Telephone: (818) 986-8900 |
| 21 | Facsimile: (818) 990-7900 |
| 22 | |
|    | By:_____/s/ Steven L. Miller_____ |
| 23 | Attorneys for Plaintiff Julie Kotovsky |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: August 17, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
400 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

By:     /s/ Daveed A. Schwartz
Greg L. Johnson (SBN: 132397)
Daveed A. Schwartz (SBN: 200046)
Erin C. Carroll (SBN: 239063)
Attorneys for Defendant
Longs Drug Stores, California, Inc.

### ATTESTATION

I attest that signatories Eric A. Grover, Mark R. Thierman, Scott A. Miller and Steven L. Miller have concurred in the filing of this document.

Dated: August 17, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
400 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

By:     /s/ Daveed A. Schwartz
Greg L. Johnson (SBN: 132397)
Daveed A. Schwartz (SBN: 200046)
Erin C. Carroll (SBN: 239063)
Attorneys for Defendant
Longs Drug Stores, California, Inc.

### ORDER

Upon the Stipulation of the parties, and for good cause shown, this action is stayed in its entirety pending a determination by the Ninth Circuit whether it will grant permission to appeal the orders denying class certification in *Spikings v. Cost Plus, Inc.*, Case No. 06-08125; *Parseghian v. Bally North America, Inc.*, Case No. 07-00347; *Najarian v. Charlotte Russe, Inc.*, Case No. 07-00501; *Soualian v. International Coffee and Tea, LLC*, Case No. 07-00502; *Najarian v. Avis Rent A Car Systems, LLC*, Case No. 07-00588; and *Evans v. U-Haul of California, Inc.*, Case No. 07-2097.

If the Ninth Circuit determines to review any or all of the aforementioned orders, this case shall remain stayed until the Ninth Circuit Court of Appeals issues a ruling, and all

1  appeals are exhausted on the class certification issue, including any review by the United
2  States Supreme Court.
3       A status conference shall be set for ___12/11/07 at 2:00 PM___ to determine whether it is
4  appropriate to continue the stay of this action. Further status conferences on the
5  appropriateness of this stay shall be set thereafter. The parties reserve the right to approach
6  the Court at any time and, upon a showing of good cause, seek modification, extension or
7  termination of this order.
8       The parties shall submit a report on October 15, 2007 as to the status of the appeals
9  in other FACTA cases, and any developments in this case. The parties will also inform the
10 Court as to whether the stay should remain in place or be lifted.
11      IT IS SO ORDERED.
12
13 _____
14 Honorable Martin J. Jenkins
   United States District Judge
15
16
17 [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins — signed 08/28/07]
18
19
20
21
22
23
24
25
26
27
28