| | |
|---|---|
| 1 | KELLER GROVER LLP |
|   | Eric A. Grover, Esq. (SBN: 136080) |
| 2 | eagrover@kellergrover.com |
|   | Denise L. Díaz, Esq. (SBN: 159516) |
| 3 | ddiaz@kellergrover.com |
|   | 425 Second Street, Suite 500 |
| 4 | San Francisco, CA  94107 |
|   | Telephone:  (415) 543-1305 |
| 5 | Facsimile:   (415) 543-7681 |
| 6 | Attorneys for Plaintiff Julie Kotovsky |
| 7 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 8 | Greg L. Johnson, Esq. (SBN: 132397) |
|   | greg.johnson@pillsburylaw.com |
| 9 | Daveed A. Schwartz, Esq. (SBN: 200046) |
|   | daveed.schwartz@pillsburylaw.com |
| 10 | Erin C. Carroll, Esq. (SBN: 239063) |
|   | erin.carroll@pillsburylaw.com |
| 11 | 400 Capitol Mall, Suite 1700 |
|   | Sacramento, CA  95814-4419 |
| 12 | Telephone: (916) 329-4700 |
|   | Facsimile:   (916) 441-3583 |
| 13 | |
|   | Attorneys for Defendant |
| 14 | Longs Drug Stores, California, Inc. |
| 15 | *Additional Counsel on Signature Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIE KOTOVSKY, | ) | CASE NO.  CV 07-0713 VRW |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| LONGS DRUGS STORES, CALIFORNIA, INC. | ) ) ) | |
| Defendant. | ) ) | |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Julie Kotovsky ("Plaintiff") and Defendant Longs Drug Stores, California, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of Plaintiff's individual action against Defendant, each party to bear its own costs and fees.

701161892v1

- 1 -

1    **IT IS FURTHER STIPULATED** that the allegations asserted on behalf of the putative
2 class be and hereby are dismissed without prejudice.
3
4 Respectfully submitted,
5 Dated: July 1, 2008

KELLER GROVER LLP
Eric A. Grover, Esq. (SBN: 136080)
Denise L. Díaz, Esq. (SBN: 159516)
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7681


By: _____/s/ Eric A. Grover_____


THIERMAN LAW FIRM
Mark R. Thierman, Esq. (SBN: 72913)
7287 Lakeside Drive
Reno, NV 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027


By: _____/s/ Mark R. Thierman_____


LAW OFFICES OF SCOTT A. MILLER, A.P.C.
Scott A. Miller, Esq. (SBN: 230322)
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 788-8081
Facsimile: (818) 788-8080


By: _____/s/ Scott A. Miller_____


STEVEN L. MILLER,
A PROFESSIONAL LAW CORPORATION
Steven L. Miller, Esq. (SBN: 106023)
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 986-8900
Facsimile: (818) 990-7900


By: _____/s/ Steven L. Miller_____

Attorneys for Plaintiff Julie Kotovsky

701161892v1

- 2 -

| | | |
|---|---|---|
| 1 | Dated: July 1, 2008 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | Greg L. Johnson, Esq. (SBN: 132397) |
| | | Daveed A. Schwartz, Esq. (SBN: 200046) |
| 3 | | Erin C. Carroll, Esq. (SBN: 239063) |
| | | 400 Capitol Mall, Suite 1700 |
| 4 | | Sacramento, CA  95814 |
| | | Telephone:   (916) 329-4700 |
| 5 | | Facsimile:    (916) 441-3583 |

By: /s/ Daveed A. Schwartz

Attorneys for Defendant Longs Drug Stores, California, Inc.

## ATTESTATION

I attest that signatory Daveed A. Schwartz has concurred in the filing of this document.

Dated: July 1, 2008

KELLER GROVER LLP
Eric A. Grover, Esq. (SBN: 136080)
Denise L. Díaz, Esq. (SBN: 159516)
425 Second Street, Suite 500
San Francisco, CA  94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7681

By: /s/ Eric A. Grover

## [PROPOSED] ORDER

**UPON THE STIPULATION** of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses **WITH PREJUDICE** the individual action of Plaintiff Julie Kotovsky against Defendant Longs Drug Stores, California, Inc., with each party to bear its own costs and fees.  The Court dismisses **WITHOUT PREJUDICE** the allegations asserted on behalf of the putative class.

**IT IS SO ORDERED.**

Dated: July 7, 2008

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*

701161892v1

- 3 -